1  James S. Greenan, SBN 53648
   Nelson S. Hsieh, SBN 177128
2  Stephen P. Lin, SBN 201150
   Edward Romero, SBN 148495
3  GREENAN, PEFFER, SALLANDER & LALLY LLP
   6111 Bollinger Canyon Road, Suite 500
4  San Ramon, CA 94583
   Telephone:   (925)866-1000
5  Facsimile:    (925)830-8787

6  Attorneys for Plaintiff Hudson Specialty Insurance Company

7  Wallace C. Doolittle, SBN 158116
   LAW OFFICES OF WALLACE C. DOOLITTLE
8  1260 B Street, Suite 220
   Hayward, CA 94541
9  Telephone: (510) 888-0600
   Facsimile:   (510) 888-0606
10

11 Attorneys for Defendants
   Data Exchange Systems, LLC and Eric G. Swallow
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| HUDSON SPECIALTY INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DATA EXCHANGE SYSTEMS, LLC, a California Limited Liability Company; and ERIC G. SWALLOW, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: C05-04195 SC<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING DISMISSALS** |

Counsel for the parties in the above captioned action stipulate as follows:

That the cases pending before this Court, styled *Hudson Specialty Insurance Company, a Delaware Corporation, vs. Data Exchange Systems, LLC, a California Limited Liability Company; and Eric G. Swallow, an individual*, case number C05-04195 SC, including the

counter-claims for breach of contract and bad faith filed by *Data Exchange System and Swallow* be dismissed with prejudice, effective immediately.

IT IS SO STIPULATED.

Dated: November __, 2006

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: /s/ James S. Greenan
James S. Greenan
Attorneys for Plaintiff
Hudson Specialty Insurance Company

Dated: November __, 2006

LAW OFFICES OF WALLACE C. DOOLITTLE

By: /s/ Wallace C. Doolittle
Wallace C. Doolittle
Attorney for Data Exchange Systems, LLC and Eric Swallow

## ORDER

For good cause appearing and as requested by the parties in the foregoing stipulation, it is ordered that:

That the cases pending before this Court, styled *Hudson Specialty Insurance Company, a Delaware Corporation, vs. Data Exchange Systems, LLC, a California Limited Liability Company; and Eric G. Swallow, an individual*, case number C05-04195 SC, including the counter-claims for breach of contract and bad faith filed by *Data Exchange System and Swallow* be dismissed with prejudice, effective immediately.

Dated: 11/29/06, 2006

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REGARDING DISMISSALS

2